| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
*versus* § CASE NO. 1:09-CR-68(2)
§
DEVON ANDRE MARTIN §

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The defendant consented to the revocation of his supervised release and waived his right to be present and allocute at sentencing. The parties have not filed objections to Judge Giblin's report.

The Court ORDERS that the findings of fact and recommendation on plea of true (#87) are ADOPTED. The Court finds that the defendant, Devon Andre Martin, violated conditions of supervised release and ORDERS that his supervision is REVOKED. Pursuant to Judge Giblin's recommendation and the parties' agreement, the Court ORDERS the defendant to serve a term of fourteen (14) months imprisonment, with no additional supervision to follow. The Court also recommends placement in the Federal Correctional Complex (FCC) in Beaumont, Texas, and credit for any back time due to Mr. Martin, as recommended by Judge Giblin.

SIGNED at Beaumont, Texas, this 29th day of January, 2021.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE